**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-CIV-62504-BLOOM**

RENZO BARBERI,

Plaintiff,

v.

PEDRO A AMAYA, an Individual, d/b/a
EL TIPICO GUANACO and JOHN W &
JOYCE CURREN REV LIV TR,

Defendants.

_______________________________________/

**ORDER ON MEDIATION RESULTS**

**THIS CAUSE** came before the Court on *sua sponte* review of the record. On December 24, 2014, the Court entered an order establishing certain scheduling deadlines and requiring that the parties file a mediation report within seven days of mediation. ECF No. [16]. In compliance with that order, the parties provided notice of the date and time selected for mediation, as follows: Norman S. Gerstein on February 25, 2015 at 10:00 a.m. at Grand Bay Plaza PH1, 2665 South Bayshore Drive, Miami, Florida. ECF Nos. [18], [19]. The Court twice directed the parties to file a mediation report within seven (7) days following the mediation conference. The parties having failed to do so, the Court issued an order directing the parties to file a mediation report or proposed order rescheduling mediation. ECF No. [20]. In compliance with that order, the parties rescheduled mediation for May 7, 2015. ECF No. [21]. The Court then issued an order scheduling mediation for that date and again requiring the parties to file a mediation report within seven (7) days following the mediation conference. ECF No. [22]. Yet again, the parties have failed to do so: To date, no mediation report detailing the

outcome of the mediation conference has been received by the Court, nor has the Court received a notice that the mediation conference was cancelled. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **May 22, 2015**, the parties shall submit a mediation report indicating the results of the May 7, 2015 mediation conference, or potentially face appropriate sanctions for failure to comply with court orders.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 18th day of May, 2015.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record